THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE C. MASON, Appellant. v. THOMAS H. MURPHY, as Warden of Clinton Prison, Respondent.— Order unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

ANNA D. WOOD, Respondent, v. LENORE BROWN, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

TILLIE MORGAN, Appellant, Respondent, v. SAMUEL M. FRIEDMAN and THE MARKET MILLING AND PRODUCE COMPANY, INCORPORATED, Respondents, Appellants. CHARLES MORGAN, Appellant, Respondent, v. SAMUEL M. FRIEDMAN and THE MARKET MILLING AND PRODUCE COMPANY, INCORPORATED, Respondents, Appellants.— Orders reversed, on the law and facts, with ten dollars costs and disbursements in one action, and verdicts reinstated. Motion for new trial in each case denied, with ten dollars costs in one action. Defendants moved for a new trial of each case on the ground of newly-discovered evidence. The evidence concerned an issue litigated on the trial. It is largely cumulative, and there is no reasonable probability it would change the result, in view of the new evidence offered in opposition. Hill, P. J., Rhodes, McNamee and Heffernan, JJ., concur; Bliss, J., dissents.

GEORGE LAMONT, Respondent, v. COUNTY OF SUFFOLK, NEW YORK, and ARTHUR T. DAVIS, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

NATHAN B. SCHREIER, Respondent, Appellant, v. MILTON V. SAULPAUGH and GLENS FALLS INDEMNITY COMPANY, Appellants, Respondents.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion for summary judgment denied, with ten dollars costs, on the ground that the action does not lie in contract. Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ., concur.